

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00155-CV

———————————————————

IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
Relator

Original Proceeding
County Court at Law No. 3 of Tarrant County, Texas
Trial Court No. 2023-005289-3

Before Bassel, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

We lift the stay of all proceedings that we previously ordered on April 10, 2024.

Per Curiam

Delivered: April 24, 2024